UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK A. HODGE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT J. HERNANDEZ, et al.,<br><br>　　　　Respondents. | No. CV 07-2441-PSG (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: 4/22/09

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE